```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11484
    KIMBERLY A MCMAHON
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-5790
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/27/07 and confirmed on 08/31/07.

2. The case was dismissed after confirmation, 01/11/2008.

3. The Debtor paid a total of $ 3275.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | 3189.85 | .00 | 3189.85 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 45741.26 | .00 | .00 |
| AMERICAN CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| BARTLETT FIRE DISTRICT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WINFIELD LABORATORY CONS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 48931.11 | .00 | .00 | .00 | 48931.11 |
| PRINCIPAL PAID | 3189.85 | .00 | .00 | .00 | 3189.85 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3189.85 | .00 | .00 | .00 | 3189.85 |

The Debtor's attorney, JOSEPH P DOYLE               , was allowed $ 3000.00 and was paid $    646.00   direct and $       .00   through the plan.

The Trustee received $      85.15 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 04/11/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
     CASE NO. 07 B 11484 KIMBERLY A MCMAHON
```